AFFIDAVIT

Case No.: 09-5085M-01-KGS

I, Sujeiry Cruz, being duly sworn, hereby state that I am a Special Agent with the U.S. Army Criminal Investigation Command (USACIDC), 78th Military Police Detachment, Fort Riley, KS 66442 (FRKS). Per 28 CFR 60.3(a)(2), I am authorized to request the issuance of search warrants under Rule 41, Fed. R. Crim. P. Information in this affidavit is based on my personal knowledge and on the information provided to me during the course of this investigation.

This affidavit is an application for and is submitted in support of a search warrant for:

**Sprint Corporation, 6480 Sprint Parkway, Overland Park KS 66251**

The following evidence establishes probable cause to believe the following crime(s) have been attempted or committed:

(a) Article 120, Uniform Code of Military Justice (Rape) and / or
(b) Title 18 United States Code Section 2241 (Aggravated Sexual Abuse)

Further Affiant States:

I, Sujeiry Cruz, I hereby swear an oath to attest to the truthfulness of the following:

- On June 8th, 2009, this office was notified by SSG David E. Robinson, Fort Riley Police (FRP), that M          reported she was raped by (Private) PV2 Steven R. Spencer.

- On June 8th, 2009, Mrs.          was interviewed and stated around 1:00 am, June 8th, 2009; she went to bed and left PVT Spencer and Mrs. Elizabeth Kumm to sleep in her living room. M          stated that shortly thereafter PV2 Spencer came into her bedroom and lay behind her as she was lying on her side. Mrs.          stated PV2 Spencer proceeded to put his hands between her legs, at which point M          told him to stop.           stated PV2 Spencer got on top of her while she was beneath

him on her stomach. Mr          related that PV2 Spencer tried to enter her vaginally with his penis, and she had one hand underneath her (between her legs) blocking him from entering her. Mr          stated as she was doing that, she received a text message from N          saying "I can't believe you fucked him." Mrs.          stated she sent a text message back stating "I told him to stop." Mrs.          stated after about eight minutes of being in that position, she finally managed to get him off her and rolled to her side, and before she had the chance to get up, PV2 Spencer threw his arm across her chest with his forearm around her neck and managed to put his penis inside her vagina. Mrs.          stated after four minutes of PV2 Spencer having non-consensual sexual intercourse with her, he ejaculated and left the room. Furthermore M          stated she sent a series of text messages to her husband on June 8th, 2009, *which she subsequently deleted* along with the text she sent Mrs. Kumm.

- On June 8th, 2009, M          was interviewed and stated about 0100 am, June 8th, 2009, she observed PV2 Spencer proceed up to the second floor in Mrs.          quarters, wherein he was absent for a period of time. Mrs.          stated around 01:10 am she sent a text message to N          stating "do you need me up there or are you ok?" Mrs.          stated Mrs.          did not answer the text message so she texted her again at 0115 am, letting Mrs.          know that she was coming upstairs to check on her. About 0115 am, she proceeded to the upstairs bedroom of Mrs.          where she observed PV2 Spencer and Mrs.          having sexual intercourse, which she presumed to be consensual. M          returned downstairs and sent Mrs.          a text stating "I can't believe you fucked him." Mrs.          stated shortly after that PV2 Spencer returned to the living room, and went to sleep. Mrs.          stated around 0119 am, she received a message from Mrs.          stating "I have told him to stop," and Mrs. Kumm responded "I just saw you with your face buried in a pillow and him going to town." M          stated at that point N          asked her to take PV2 Spencer home. Mrs.          cellular phone was examined and the text messages in quotes above were recovered.

- On June 8th, 2009, PV2 Spencer was interviewed after waiving his rights and stated he had consensual sexual intercourse with Mrs.

- On June 10th, 2009, Mrs. _____ husband, SGT _____, was interviewed and stated on June 7th, 2009, while he was in California for training, he received several missed calls and text messages from his wife, wherein she disclosed to him what happened between her and PV2 Spencer. There is a two hour time difference between California and Kansas, which may explain SGT Nielson's report that he received the messages on the 7th. (S_____ is believed to be in Iraq and could not be contacted to clarify the dates prior to submission of this application.) SGT _____ messages could not be recovered.

- On June 10th, 2009, SA Cruz coordinated with T-MOBILE, the cellular phone carrier for _____ for the preservation of text messages, and text messages log. A representative for T-MOBILE stated that text messages logs and characters are not retained by T-MOBILE.

- On June 10th, 2009, SA Cruz submitted a preservation letter to Sprint / Nextel, for the preservation of the text messages, and text message logs pertaining to Mrs. _____ for telephone number. Mrs _____ identified her number as (78_____ with an account holder's address of _____ ey, KS 66442.

- On August 19th, 2009, Sprint Subpoena Specialist, Sherry Angelo, confirmed that the requested records for (7_____ had been preserved and will not be deleted pending the outcome of this warrant application.

WHEREFORE, the affiant is requesting text messages content and text messages logs sent and received by Mrs. _____, on June 8th, 2009, from her Sprint Cell Phone, number _____, identified and seized for review and submission into this investigation.

FURTHER AFFIANT SAYETH NOT.

*[signature]*
Sujeiry Cruz
Special Agent
US Army, CID

Subscribed and sworn before me this 25th day of August, 2009.

_____
K. GARY SEBELIUS
UNITED STATES MAGISTRATE JUDGE